# 1136

GILBOY v. ROCHESTER RY. CO. (Supreme Court, Appellate Division, Fourth Department. November 26, 1901.) Action by William J. Gilboy against the Rochester Railway Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, and judgment ordered for the defendant on the nonsuit, with costs.

GOETTING et al., Appellants, v. WEBER et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 5, 1901.) Action by Louis Goetting, Jr., an infant, etc., and others, against John George Weber and another. No opinion. Order signed.

.GOODHARDT, Appellant, v. SEAMAN, Respondent. (Supreme Court, Appellate Division, Second Department. December 5, 1901.) Action by Albert H. Goodhardt against Henry A. Seaman. No opinion. Judgment reversed on argument, and new trial granted, costs to abide the event, on the ground that the complaint was dismissed during the cross-examination of the plaintiff.

GORDON, Respondent, v. EMPIRE STATE TELEPHONE & TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 19, 1901.) Action by Rose Gordon against the Empire State Telephone & Telegraph Company.

PER CURIAM. Judgment of county court and justice's court reversed, with costs. The defendant corporation was not a resident of the county of Wayne, and the justice's court did not acquire jurisdiction by the purported service of a summons upon its officers.

GRELL, Sheriff, Respondent, v. BUTCHER et al., Appellants. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by William F. Grell, as sheriff, against John S. Butcher and others. N. E. McKnight for appellants. H. M. Hart, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re GROH. (Supreme Court, Appellate Division, First Department. November 15, 1901.) In the matter of John Groh, deceased. No opinion. Motion granted, with $10 costs.

GROSS et al., Appellants, v. A. F. HOFFMASTER CO., Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Albert B. Gross and another against the A. F. Hoffmaster Co. W. L. Mathot, for appellants. H. Siegrist, Jr., for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HAFFEY, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Michael H. Haffey against the Third Avenue Railroad Company. C. F. Brown, for appellant. M. A. Quinlan, for respondent. No opinion. Judgment and order affirmed, with costs.

HAIGHT, Respondent, v. ENNIS et al., Appellants. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by William C. Haight against Thomas A. Ennis and another. M. Weinman, for appellants. J. M. Stearns, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re HALLOCK. (Supreme Court, Appellate Division, Second Department. November 29, 1901.) In the matter of the accounting of George E. Hallock, as one of the executors of the last will and testament of Jeremiah Petty, deceased.

PER CURIAM. Default opened, and case restored to the calendar, upon condition that the appellant, within five days from the entry of this order, pay to the respondent $10 costs of this motion and stipulate to serve the required papers on appeal and bring this case to argument at the January term; otherwise, motion denied.

HAMILTON, Treasurer, Appellant, v. PRYOR, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 26, 1901.) Supplementary proceedings for the collection of a tax by John B. Hamilton, as treasurer, etc., against Henry H. Pryor. No opinion. Order affirmed, with $10 costs and disbursements.

HAMMOND v. NELSON et al. (Supreme Court, Appellate Division, Fourth Department. November 19, 1901.) Action by Mary R. Hammond against Charles Nelson and others.

PER CURIAM. The court declines to consider the appeal in this case because the record is imperfect. (1) The affidavit of Warren F. Miller and the notice of motion for judgment of foreclosure, noted in the order as having been read on the motion, are not printed in the record. (2) The affidavits of James C. Beecher, Jacob T. Smith, and Allison K. Hume, which are printed in the record, are not recited in the order as having been read on the motion. (3) The order should be resettled, so as to show what papers were used before the judge, and such papers should be printed in the record.

HARMS, Appellant, v. BURGARD, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 26, 1901.) Action by Frank Harms, as administrator, etc., against Henry P. Burgard. No opinion. Judgment and order affirmed, with costs.

HARRINGTON, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Walter Harrington against the Brooklyn Heights Railroad Company.

PER CURIAM. Order modified, by inserting a provision requiring the plaintiff to pay the costs and disbursements of the trial within 20 days from the entry of this order, with-